# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
*Pittsburgh Division*

| | |
|---|---|
| IN RE:<br>ERIC J. RUMBAUGH | Case No. 19-21985-JAD<br>Chapter 13 |
| Freedom Mortgage Corporation,<br>    Movant | |
| | Hearing Date: March 17, 2021 |
| | Hearing Time: 10:00 am |
| | Objection Date: March 5, 2021 |
| vs. | |
| ERIC J. RUMBAUGH,<br>    Debtor | 11 U.S.C. §362 and §1301 |
| Tammy Rumbaugh<br>    Co-Debtor | |
| Ronda J Winnecour<br>    Respondent | |

## CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY AND CODEBTOR STAY, AND NOTICE OF HEARING

I certify under penalty of perjury that on February 16, 2021, I served or caused to be served the Motion for Relief from Automatic Stay and Codebtor Stay, and Notice of Hearing on the parties at the addresses shown below or on the attached list.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:

Via CM/ECF electronic notice:

Brian P. Cavanaugh, Esq.
Stewart McArdle & Sorice, LLC
229 South Maple Avenue
Greensburg, PA 15601
*Counsel for Debtor*

Ronda J Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
*Chapter 13 Trustee*

Via First Class Mail:

| | |
|---|---|
| ERIC J. RUMBAUGH | Tammy Rumbaugh |
| 432 NELSON RD | 432 NELSON RD |
| AVONMORE, PA 15618-1233 | AVONMORE, PA 15618-1233 |
| *Debtor* | *Co-Debtor* |

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, names and addresses of parties served by electronic notice will be listed under the heading "Via CM/ECF electronic notice" and those served by mail will be listed under the heading "Via First Class Mail".

EXECUTED ON: <u>February 16, 2021</u>

<u>*/s/ Mario Hanyon*</u>
Mario Hanyon
(Bar No. 203993)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x4560
Facsimile:  704-369-0760
E-Mail:  pabkr@brockandscott.com

**PAWB Local Form 7 (07/13)**