**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| ERIC J. RUMBAUGH | Case No.:19-21985 JAD |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 05/15/2019 and confirmed on 06/20/2019 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2.  The Trustee made the following disbursements.

| | | | | |
|---|---|---|---|---|
| Total Receipts | | | | 27,019.69 |
| Less Refunds to Debtor | | 0.00 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 27,019.69 |
| | | | | |
| Administrative Fees | | | | |
|   Filing Fee | | 0.00 | | |
|   Notice Fee | | 0.00 | | |
|   Attorney Fee | | 3,191.28 | | |
|   Trustee Fee | | 1,297.05 | | |
|   Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 4,488.33 |

| Creditor Type    Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| FREEDOM MORTGAGE CORP<br>  Acct: 9448 | 0.00 | 14,149.31 | 0.00 | 14,149.31 |
| FREEDOM MORTGAGE CORP<br>  Acct: 9448 | 24,899.59 | 1,883.49 | 0.00 | 1,883.49 |
| JEFFERSON CAPITAL SYSTEMS LLC*<br>  Acct: 6687 | 20,013.38 | 4,558.41 | 1,940.15 | 6,498.56 |
| | | | | 22,531.36 |
| **Priority** | | | | |
| BRIAN P CAVANAUGH ESQ<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ERIC J. RUMBAUGH<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| STEWART MCARDLE ET AL<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| BRIAN P CAVANAUGH ESQ<br>  Acct: | 3,500.00 | 3,191.28 | 0.00 | 0.00 |

* * * N O N E * * *

| 19-21985 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: 515X | | | | |
|    ONLINE INFORMATION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    MIDLAND FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    TRANSWORLD SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    WEST PENN POWER* | 1,337.48 | 0.00 | 0.00 | 0.00 |
|      Acct: 9100 | | | | |
|    ASHLEY FUNDING SVCS LLC | 115.92 | 0.00 | 0.00 | 0.00 |
|      Acct: 4080 | | | | |
|    PRA/PORTFOLIO RECOVERY ASSOC | 513.89 | 0.00 | 0.00 | 0.00 |
|      Acct: 4098 | | | | |
|    PRA/PORTFOLIO RECOVERY ASSOC | 5,302.54 | 0.00 | 0.00 | 0.00 |
|      Acct: 1000 | | | | |
|    PHELAN HALLINAN DIAMOND & JONES LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |
|    MARIO HANYON ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|      Acct: | | | | |

*** N O N E ***

| | | |
|---|---|---|
| **TOTAL PAID TO CREDITORS** | | 22,531.36 |

TOTAL CLAIMED
PRIORITY            0.00
SECURED        44,912.97
UNSECURED        7.269.83

Date: 03/03/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com